2018R00662/MFN

RECEIVED
NOV 14 2019
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 19-813-1 (FLW) |
| DARYL UNDERWOOD | : | 18 U.S.C. § 4 |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about December 2018 through at least on or about February 5, 2019, in the District of New Jersey, and elsewhere, the defendant,

**DARYL UNDERWOOD**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, witness tampering, contrary to Title 18, United States Code, Section 1512(b)(2)(A), did knowingly conceal and did not as soon as possible make known the same to a judge or other person in civil and military authority under the United States.

In violation of Title 18, United States Code, Section 4.

_____
CRAIG CARPENITO
UNITED STATES ATTORNEY

CASE NUMBER: 19-

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**DARYL UNDERWOOD**

# INFORMATION FOR

18 U.S.C. § 4

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

MATTHEW FELDMAN NIKIC
THOMAS KEARNEY
*ASSISTANT U.S. ATTORNEYS*
*973-645-2779*