2018R00662/MFN/SD/jw

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 19-813 (FLW) |
| DARYL UNDERWOOD, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN |
| Defendant. | : | SEIZED PROPERTY |

WHEREAS, interested party Daryl Underwood agrees to forfeit and abandon to federal, state, and/or local law enforcement all of his right, title, and interest in the following property belonging to him:

$4,091.03 seized from Daryl Underwood's commissary account

(the "Property");

WHEREAS, Daryl Underwood waives, abandons, and surrenders all of his right, title, and interest in the Property; will not challenge in any way his waiver, abandonment, and surrender of the Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Property by federal, state, and/or local law enforcement; and

WHEREAS, Daryl Underwood further agrees that this Abandonment and Waiver of Rights is final and unappealable.

ORDERED this 11th day of May, 2021.

_____
HONORABLE FREDA L. WOLFSON
Chief United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

RACHAEL A. HONIG
Acting United States Attorney


_____          Dated:   04/30/2021
By:  MATTHEW FELDMAN NIKIC
Assistant United States Attorney


_____          Dated: 5/6/21
LAURIE M. FIERRO, ESQ.
Attorney for Daryl Underwood



_____          Dated: 5/6/21
DARYL UNDERWOOD, Defendant