2018R00662/MFN/SD/jw

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 19-813 (FLW) |
| DARYL UNDERWOOD, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN |
| Defendant. | : | SEIZED PROPERTY |
| | : | |
| MICHELLE WINDHAM, | : | |
| Interested Party. | | |

WHEREAS, interested party Michelle Windham agrees to forfeit and abandon to federal, state, and/or local law enforcement all of her right, title, and interest in the following property belonging to her:

> $700.00 seized from Michelle Windham's Wells Fargo check number ending in 2368; and
>
> $37.80 of the $492.80 seized from Michelle Windham's Bank of America check number ending in 5985.

(the "Property");

WHEREAS, Michelle Windham waives, abandons, and surrenders all of her right, title, and interest in the Property; will not challenge in any way her waiver, abandonment, and surrender of the Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Property by federal, state, and/or local law enforcement; and

WHEREAS, Michelle Windham further agrees that this Abandonment and Waiver of Rights is final and unappealable.

ORDERED this 11th day of May, 2021.

_____
HONORABLE FREDA L. WOLFSON
Chief United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

RACHAEL A. HONIG
Acting United States Attorney

_____  Dated: 04/30/2021
By: MATTHEW FELDMAN NIKIC
Assistant United States Attorney

_____  Dated: 8/16/2021
MICHELLE WINDHAM, Interested Party